# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2807
_____

CHRISTOPHER ALIANIELLO, et al.,

Appellants,

v.

STATE OF FLORIDA DEPARTMENT
OF EDUCATION,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Carol B. Shannin and Nicholas A. Shannin of Shannin Law Firm, P.A., Orlando, for Appellants.

Andrew King, General Counsel, Department of Education, Tallahassee; Ashley Moody, Attorney General, Tallahassee; Stacey M. Mohr and Rocco E. Testani of Eversheds Sutherland (US) LLP, Atlanta, Georgia, pro hac vice, for Appellee.